| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ruth Perry |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of Michigan (State) | |
| Case number 18-51586-mar | |

# Official Form 410S2
# Notice of Post Petition Fees Expenses and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See bankruptcy rule 3002.1

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court claim no.** (if known): **4-1**

**Last four digits** of any number you use to identify the debtor's account: **4666**

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: ___ / ___ / ___

## Part 1:  Itemize Post-Petition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney's fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/26/2018-Proof of Claim | (5) | $350.00 |
| 6. | Appraisal/broker's price option fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify | | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and bankruptcy rule 3002.1

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ __/s/ Kristy Steffani__                                    Date   12/05/2018
   Signature

**Print:**   Kristy Steffani          P77020          Title   Bankruptcy Attorney
             First name   Middle Name   Last name

Company     SCHNEIDERMAN & SHERMAN, P.C.

Address     23938 Research Drive, Suite 300
            Number          Street

            Farmington Hills, Michigan 48335
            City            State           Zip Code

Contact phone   248-539-7400          Email: ksteffani@sspclegal.com

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 13 |
| | 18-51586-mar |
| Ruth Perry | Judge Randon/Mark A. |

STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

    I hereby certify that on the 5th day of December, 2018, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Krispen S. Carroll | Yuliy Osipov |
| 719 Griswold | 20700 Civic Center Drive |
| Suite 1100 | Ste. 420 |
| Detroit, MI 48226 | Southfield, MI 48076 |

And I hereby certify that I have mailed by United States Postal Service the notice to the following non-ECF participants:

Ruth Perry
1441 Somerset
Grosse Pointe Park, MI 48230

Execution on: <u>12/05/18</u>

                                          By: /S/ Kristy Steffani
                                          Kristy Steffani P77020
                                          ksteffani@sspclegal.com
                                          Attorney for Nationstar Mortgage LLC
                                          d/b/a Mr. Cooper
                                          23938 Research Drive, Suite 300
                                          Farmington Hills, Michigan 48335
                                          248-539-7400