**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:

| | |
|---|---|
| RUTH PERRY | Chapter 13 |
| | Case No. 18-51586-MAR |
| Debtor. | Hon. Mark A. Randon |

_____/

**ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **OSIPOV BIGELMAN, P.C.**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ Fees by Application in fees and $Fees by Application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ Fees by Application shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ■ The Debtor shall remit 100% of all tax refunds received or entitled to after commencement of the case, and shall not alter withholding deductions/exemptions without Court approval.
- ■ The Debtor's Plan payments shall be increased to $273.00 per month effective the date of entry of this order.
- ■ Other:

1. The Wayne County Treasurer shall have a Class 5.2 secured claim in the amount of $5,528.11 to be paid with interest at 12% for the 2017 taxes on the property at 1439 – 1441 Somerset, Grosse Pointe Park, MI. The Wayne County Treasurer shall retain its lien until the taxes are paid in full.
2. The language in a Class 4.2 shall be stricken, and no payments shall be made to the City of Grosse Pointe Park for the 2017 property taxes as Wayne County Treasurer has filed a claim for this debt.
3. The secured claim of Bank of America (Pacer Claim # 8) shall be paid direct by the Debtor, and that the account is now current and that no payment should be made on the arrearage claim of BOA.

**Objections Withdrawn:**

/s/ Noel J. Ravenscroft (YO w/consent)
Richardo I. Kilpatrick (32275)
Noel J. Ravenscroft (P77729)
Attorney for Wayne County Treasurer
903 N. Opdyke Road, Ste. C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700


/s/ Wendy A. Locke
Wendy A. Locke
*Agent for Bank of America*
**Aldridge | Pite, LLP**
3600 American River Dr., Suite 105
Sacramento, CA 95864


/s/ Krispen S. Carroll
Krispen S. Carroll, Trustee
Chapter 13 Standing Trustee
719 Griswold, 1100 Dime Bldg.
Detroit, MI 48226
 (313) 962-5035

/s/ Yuliy Osipov
YULIY OSIPOV (P59486)
ANTHONY J. MILLER (P71505)
Attorney for Debtor(s)
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076
Tel: (248) 663-1800/Fax: (248) 663-1801
yo@osbig.com/am@osbig.com

**Signed on January 12, 2019**



/s/ Mark A. Randon

**Mark A. Randon
United States Bankruptcy Judge**