UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RUTH PERRY                                   Chapter 13
                                                              Case No. 18-51586-MAR
                 Debtor.                           Hon. Mark A. Randon
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

     This matter having come before this Court upon the Stipulation for Entry of Order Modifying Chapter 13 Plan, the Chapter 13 Trustee and the Debtor having stipulated to the entry of this Order Modifying Chapter 13 Plan, there being no adverse impact to any of the creditors, no notice to any creditors is required and the Court being sufficiently advised in the premises:

     **NOW THEREFORE**, by agreement of the parties hereto:

     **I IT IS HEREBY ORDERED** that the Debtor's Plan payments shall be increased to $ 316.00 per month effective the 1st day of March 2019.

     **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**Signed on March 04, 2019**



                                                             /s/ Mark A. Randon
                                                             **Mark A. Randon**
                                                             **United States Bankruptcy Judge**