Debtor 1     Ruth Perry

Debtor 2     n/a
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan
(State)

Case number 18-51586-mar

# Official Form 410S2
# Notice of Post Petition Fees Expenses and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See bankruptcy rule 3002.1**

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court claim no.** (if known): **4**

**Last four digits** of any number you use to identify the debtor's account: **4666**

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___ / ___ / ___

## Part 1: Itemize Post-Petition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney's fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price option fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | 12/28/18 - $4,953.99; 12/28/18 - $840.41; | (8) | $5,794.40 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify | | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and bankruptcy rule 3002.1

| Debtor 1 | Ruth Perry | | | Case number (if known) | 18-51586-mar |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Michael P. Hogan       Date  04/30/2019
 Signature

**Print:** Michael P. Hogan    P63074        Title  Bankruptcy Attorney
 First name   Middle Name   Last name

Company  SCHNEIDERMAN & SHERMAN, P.C.

Address  23938 Research Drive, Suite 300
 Number    Street

 Farmington Hills, Michigan 48335
 City    State    Zip Code

Contact phone  248-539-7400       Email: mhogan@sspclegal.com

In The Matter of:                                           Chapter 13
                                                           18-51586-mar
Ruth Perry                                           Judge Randon

## **PROOF OF SERVICE**

       I hereby certify that on the 30th day of April, 2019, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Krispen S. Carroll                            Yuliy Osipov
719 Griswold                                    20700 Civic Center Drive
Suite 1100                                         Ste. 420
Detroit, MI 48226                        Southfield, MI 48076

And I hereby certify that I have mailed by United States Postal Service the notice to the following non-ECF participants:

Ruth Perry
1441 Somerset
Grosse Pointe Park, MI 48230

Execution on: 04/30/19                      By:  /S/  Michael P. Hogan
                                                          Michael P. Hogan (P63074)
                                                          mhogan@sspclegal.com
                                                          Attorney for Nationstar Mortgage LLC
                                                          d/b/a Mr. Cooper
                                                          23938 Research Drive, Suite 300
                                                          Farmington Hills, Michigan 48335
                                                          248-539-7400



## Escrow History
*Servicing*

Report Date: 3/10/2019

| LOAN | SEQ | TRANSACTION DESCRIPTION | POSTED DATE | EFFECTIVE DATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| | | CITY TAX | 12/28/2018 | 12/28/2018 | ($840.41) | ($5,794.40) |
| | | CITY TAX | 12/28/2018 | 12/28/2018 | ($4,953.99) | ($4,953.99) |